AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

AISE CANNON

V.

LANSING BUILDING PRODUCTS, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:07CV900-WKW

TO: (Name and address of Defendant)

LANSING BUILDING PRODUCTS, INC.
%THE CORPORATION COMPANY
2000 INTERSTATE PARK DRIVE STE 204
MONTGOMERY, AL 36109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

DEBORAH M. NICKSON
ATTORNEY FOR PLAINTIFF
2820 FAIRLANE DRIVE, SUITE A-10
MONTGOMERY, ALABAMA 361116
FAX 334-213-1234
email: debnicks@bellsouth.net

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE  10-9-07