**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

LANSING BUILDING PRODUCTS, INC.
% The Corporation Company
2000 Interstate Drive Ste 2004
Montgomery, AL 36109

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X The Corporation Company ☐ Agent ☐ Addressee

B. Received by (Printed Name): The Corporation Company
C. Date of Delivery: 10/10/07

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

2:07cv900
S&C

3. Service Type
  x ☒ Certified Mail   ☐ Express Mail
    ☐ Registered       ☐ Return Receipt for Merchandise
    ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7005 0390 0004 3531 4448

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540