IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

AISE CANNON,

    Plaintiff,

vs.

LANSING BUILDING
PRODUCTS, INC.,
    Defendant.

Civil Action No. 3:07cv 900 WKW

RECEIVED
2007 NOV 20 A 9: 43
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## APPLICATION AND AFFIDAVIT FOR ENTRY OF DEFAULT JUDGMENT

I, Deborah M. Nickson, Attorney for Plaintiff, requests that the Court, pursuant to Rule 55, Federal Rules of Civil Procedure, enter a default judgment against the above-named defendant, Lansing Building Products, Inc for defendant's failing to plead, answer, or otherwise defend.

Submitted this the 20th day of November 2007.

DEBORAH M. NICKSON (NIC025)
2820 FAIRLANE DRIVE, SUITE A-10
MONTGOMERY, ALABAMA 36116
334-213-1233
Fax: 334-213-1234
e-mail: debnicks@bellsouth.net

### CERTIFICATE OF SERVICE

I, the undersigned hereby certify that I have served a copy of the foregoing on the defendant, by mailing a copy of the same to it postage prepaid and properly addressed via the United States Mail on this the 20th day of November 2007.

DEBORAH M. NICKSON (NIC025)

STATE OF ALABAMA

MONTGOMERY COUNTY

## AFFIDAVIT IN SUPPORT OF DEFAULT

I Deborah M. Nickson hereby certify under penalty of perjury, this 20th day of November 2007, that:

1. I am the attorney of record for the plaintiff in the above-entitled case.

2. That the defendant Lansing Building Products, Incorporated was served via certified mail pursuant to the provisions of the Federal Rules of Civil Procedure on October 10, 2007.

3. That more than 20 days have elapsed since defendant was served with a summons and a copy of the Compliant.

4. I further certify under penalty of perjury that no appearance has been entered by defendant in this case; no pleading has been filed and none served upon the attorney for the plaintiff and the defendant is neither an infant nor an incompetent person.

_____
DEBORAH M. NICKSON, Affiant
2820 FAIRLANE DRIVE, SUITE A-10
MONTGOMERY, ALABAMA 36116

Sworn To and Subscribed Before Me On this the 20th day of November 2007.

_____
NOTARY PUBLIC

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Nov 14, 2011

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    LANSING BUILDING PRODUCTS, INC.
    % The Corporation Company
    2000 Interstate Drive Ste 2004
    Montgomery, AL 36109

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X The Corporation Company    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   The Corporation Company    10/10/07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   2:07cv900
   S&C                    2D

3. Service Type
   ☒ Certified Mail     ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7005 0390 0004 3531 4448

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**PLAINTIFF'S EXHIBIT**
**A**