IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| AISE CANNON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:07-CV-900-WKW |
| ) | |
| LANSING BUILDING PRODUCTS, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

ENTRY OF DEFAULT

It appearing that defendant Lansing Building Products, Inc., was duly served with a copy of the summons and complaint in this action on October 10, 2007, and said defendant has failed to answer or otherwise defend this action, as required by law, as set out in the motion filed herein on November 20, 2007, by plaintiff's attorney.

DEFAULT is hereby entered against said defendant, Lansing Building Products, Inc..

DONE THIS  29th  day of  November , 2007.

/s/ Debra P. Hackett
_____
DEBRA P. HACKETT
CLERK, UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA