IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| AISE CANNON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LANSING BUILDING PRODUCTS, INC. )<br>)<br>Defendant. ) | Civil Action No.: CV-07-900-WKW |

## NOTICE OF APPEARANCE

Please take notice that the undersigned hereby appears on behalf of Lansing Building Products, Inc.

/s/ William K. Hancock
William K. Hancock
Attorney for Lansing Building Products

OF COUNSEL:

ADAMS AND REESE LLP
2100 3rd Avenue North
Suite 1100
Birmingham, AL 35203
Telephone: (205) 250-5000
Facsimile: (205) 250-5034

## CERTIFICATE OF SERVICE

I hereby certify that I have on this the 4th day of December, 2007, served a true and correct copy of the above and foregoing document on all

711448-1

counsel and parties of record, by electronically filing this document through the Alafile system which will send notification of such filing to the following::

Deborah M. Nickson
2820 Fairlane Drive, Suite A-10
Montgomery, AL 36116


/s/ William K. Hancock
OF COUNSEL

711448-1