IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| AISE CANNON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: CV-07-900-WKW |
| | ) |
| LANSING BUILDING PRODUCTS, INC. | ) |
| | ) |
| Defendant. | ) |

## ANSWER

Lansing Building Products, Inc. ("Lansing Building Products") responds to the plaintiff's Complaint as follows:

1. This paragraph is jurisdictional and does not require a response.

2. Lansing Building Products denies that any unlawful employment practice occurred but concedes that that the venue is proper.

3. Lansing Building Products admits that the plaintiff is an African-American female who was a resident of Lee County, Alabama during relevant times.

4. Admitted.

5. Denied.

6. Denied

7. Admitted.

8. Denied.

9. Denied.

10. Denied.

11. Denied.

12. Denied.

13. Denied.

14. Lansing Building Products denies any material averment contained in the plaintiff's Complaint unless specifically admitted herein.

## AFFIRMATIVE DEFENSES

1. The plaintiff's claims, or some of them, are barred by the statute of limitations.

2. The plaintiff's claims, or some of them, are barred because she has failed to mitigate her damages, if any.

3. The plaintiff cannot maintain the cause of action raised in her complaint because she has failed to satisfy the administrator's prerequisites to the maintenance of the cause of action.

/s/ William K. Hancock
William K. Hancock
Attorney for Lansing Building Products

OF COUNSEL:

ADAMS AND REESE LLP
2100 3rd Avenue North
Suite 1100
Birmingham, AL 35203
Telephone: (205) 250-5000
Facsimile: (205) 250-5034

## CERTIFICATE OF SERVICE

I hereby certify that I have on this the 4th day of December, 2007, served a true and correct copy of the above and foregoing document on all counsel and parties of record, by electronically filing this document through the Middle District's electronic filing system which will send notification of such filing to the following:

Deborah M. Nickson
2820 Fairlane Drive, Suite A-10
Montgomery, AL 36116

/s/ William K. Hancock
OF COUNSEL

711471-1                                    3