IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| AISE CANNON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: CV-07-900-WKW |
| ) | |
| LANSING BUILDING PRODUCTS, INC. ) | |
| ) | |
| Defendant. ) | |

## MOTION TO SET ASIDE DEFAULT

Lansing Building Products, Inc. moves the Court to set aside the Entry of Default entered by the clerk for the United States District Court for the Middle District of Alabama against it on November 29, 2007. As grounds for this motion, Lansing Building Products would show the following:

1. This civil action was initiated by the filing of Complaint on October 5, 2007. The Complaint does not claim a sum certain or a sum which by computation be made certain; rather, it seeks backpay allegedly lost as a result of Lansing Building Products' termination of Cannon's employment. The amount of allegedly lost backpay cannot be made certain by computation for a number of reasons including the fact that its computation must be supported by some evidence not included in the

711467-1

pleadings and determined by a fact-finder and the fact that any backpay will be subject to the equitable doctrine of failure to mitigate.

2. Because the plaintiff's claim is not for sum certain or for a sum which can by computation be made certain, the clerk's entry of default was improvident.

3. The defendant has appeared in this civil action and is prepared to go forward with the prosecution and defense of the plaintiff's claims.

For all these reasons, and in furtherance of justice, Lansing Building Products moves the Court to set aside the clerk's November 29, 2007 entry of default.

/s/ William K. Hancock
William K. Hancock
Attorney for Lansing Building Products

OF COUNSEL:

ADAMS AND REESE LLP
2100 3rd Avenue North
Suite 1100
Birmingham, AL 35203
Telephone: (205) 250-5000
Facsimile: (205) 250-5034

**CERTIFICATE OF SERVICE**

711467-1

     I hereby certify that I have on this the 4th day of December, 2007, served a true and correct copy of the above and foregoing document on all counsel and parties of record, by electronically filing this document through the Alafile system which will send notification of such filing to the following::

Deborah M. Nickson
2820 Fairlane Drive, Suite A-10
Montgomery, AL 36116


                                           /s/ William K. Hancock
                                           OF COUNSEL

711467-1