IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

AISE CANNON,                                       )
                                                   )
            Plaintiff,                             )
                                                   )
      v.                                           )        CASE NO. 3:07-cv- 900-WKW
                                                   )
LANSING BUILDING PRODUCTS, INC.,                   )
                                                   )
            Defendant.                             )

## ORDER

The defendant has filed a Motion to Set Aside Default (Doc. # 8).  It is ORDERED that

plaintiff respond to this motion in writing **on or before December 19, 2007**.

DONE this 5th day of December, 2007.

_____/s/   W.  Keith Watkins_____
UNITED STATES DISTRICT JUDGE