IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

AISE CANNON,                              )
                                          )
        Plaintiff,                        )
                                          )
v.                                        )        CASE NO. 3:07-CV-900-WKW
                                          )
LANSING BUILDING PRODUCSTS, INC.,         )
                                          )
        Defendant,                        )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Lansing Building Products, Inc., a <u>Defendant</u> in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐    This party is an individual, or

☐    This party is a governmental entity, or

☒    There are no entities to be reported, or

☐    The following entities and their relationship to the party are hereby reported:

<u>Reportable Entity</u>                    <u>Relationship to Party</u>

_____            _____

_____            _____

_____            _____

_____            _____


_____            _____
Date                                Counsel Signature

                                   <u>William K. Hancock</u>
                                   Counsel for Lansing Building Products, Inc.

                                   <u>2100 3rd Avenue North, Suite 1100</u>
                                   <u>Birmingham, Alabama 35203</u>

                                   (205) 250-5000

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

## CERTIFICATE OF SERVICE

I, William K. Hancock, do hereby certify that a true and correct copy of the foregoing has been furnished by filing via the Middle District's electronic filing system on this 5th day of December 2007, to:

Deborah M. Nickson
2820 Fairlane Drive, Suite A-10
Montgomery, Alabama 36116


12-05-07
_____
Date

_____
Signature