|  |  |
|---|---|
| AISE CANNON, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) CASE NO. CV 07-900-WKW |
|  | ) |
| LANSING BUILDING PRODUCTS, Inc., | ) |
|  | ) |
| Defendant, | ) |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Aise Cannon, Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

__X__   This party is an individual, or

_____   This party is a governmental entity, or

__X__   There are no entities to be reported, or

_____   The following entities and their relationship to the party are hereby reported:

**Reportable Entity**                              **Relationship to Party**

_____            _____

_____            _____


/s/ Deborah M. Nickson
Deborah M. Nickson
Attorney for Plaintiff Cannon

Of Counsel:
Deborah M. Nickson
Attorney At Law
2820 Fairlane Drive Suite A-10
Montgomery, AL 36116
334-213-1233  Fax: 334-213-1234

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**CERTIFICATE OF SERVICE**

    I, Deborah M. Nickson, do hereby Certify that a true and correct copy of the foregoing has been served on all counsel and parties of record, by electronically filing this document through the Middle District's electronic filing system which will send notification of such filing to the following on this 5th day of December 2007:

WILLIAM K. HANCOCK
ADAMS and REESE, LLP
Attorneys for Defendant
2100 3rd Avenue North, Suite 3100
Birmingham, Alabama 35203

/s/ Deborah M. Nickson
OF COUNSEL