IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| AISE CANNON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: CV-07-900-WKW |
| ) | |
| LANSING BUILDING PRODUCTS, INC. ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR LEAVE TO FILE AND TO SUPPLEMENT

Lansing Building Products, Inc. moves the Court, nunc pro tunc, for leave to accept an answer to the plaintiff's complaint, which answer has heretofore been filed. Lansing Building Products further moves the Court for time to supplement its motion to set aside the default entered by the clerk and to respond to the plaintiff's response to that motion. In furtherance of this motion, Lansing Building Products would show that the undersigned was notified on the afternoon of December 3, 2007 by Lansing Building Products' insurance carrier that the plaintiff's suit had been filed and that an application for the entry of default had been filed.

At the time, the undersigned was not aware that the clerk had entered a default. The undersigned called the assigned judge's clerk and informed her of the situation and that it would be filing an appearance once the matter cleared his firm's conflicts process. In the meantime, the undersigned began the process of investigating both the merits of the plaintiff's contentions as

711921-1

well as the reason that the defendant had not filed an answer by October 30, 2007, which was twenty days past the date on which Lansing Building Products was served.

The undersigned believes that he will be able to prove that Lansing Building Products was not willful or culpable in failing timely to appear and defend this matter, that the plaintiff will not be prejudiced by the court's setting aside the default, and that Lansing Building Products has a meritorious defense to the plaintiff's claims.

Wherefore, Lansing Building Products moves the Court to accept the previously filed answer and to allow it to supplement its motion to set aside the clerk's entry of default.

/s/ William K. Hancock
William K. Hancock
Ray A. Carle
Attorneys for Lansing Building Products

OF COUNSEL:

ADAMS AND REESE LLP
2100 3rd Avenue North
Suite 1100
Birmingham, AL 35203
Telephone: (205) 250-5000
Facsimile: (205) 250-5034

**CERTIFICATE OF SERVICE**

711921-1

I hereby certify that I have on this the 6th day of December, 2007, served a true and correct copy of the above and foregoing document on all counsel and parties of record, by electronically filing this document through the Middle District's electronic filing system which will send notification of such filing to the following:

Deborah M. Nickson
2820 Fairlane Drive, Suite A-10
Montgomery, AL 36116


/s/ William K. Hancock
OF COUNSEL

711921-1