IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

AISE CANNON,

    Plaintiff,

vs.                                          Civil Action No.3:07cv 900 WKW

LANSING BUILDING
PRODUCTS, INC.,
    Defendant.

## REPORT OF PARTIES' PLANNING MEETING

Pursuant to Fed.R.Civ.P. 26(f), and the Court's Order of January 2, 2008, doc. no. 44, a telephone meeting was held on January 23rd, 2008 and was attended by:

Deborah Moore Nickson on behalf of plaintiff Aise Cannon; and

William Hancock on behalf of defendant Lansing Building Products, Inc.

1.     **Pre-Discovery Disclosures**. The parties will exchange the information required by Federal Rule of Civil Procedure 26(a)(1) on or before February 20, 2008.

2.     **Discovery Plan**. The parties jointly propose to the court the following discovery plan:

Discovery will be needed on the following subjects:

Plaintiff expects to conduct discovery on the facts of the case, including, but not limited to the following:

    All claims made under Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000e)
    Any and all claims asserted in the Plaintiff's Amended Complaint(s) not stricken by this Court

Defendants expect to conduct discovery on the facts and circumstances of this case, including but not limited to: All available defenses and related matters.

    a.    All discovery commenced in time to be completed by June 16, 2008.

    b.    Maximum of 40 interrogatories by each party to each party. Responses due 30 days after service.

181345.1

c. Maximum of 40 requests for admission by each party to each party. Responses due 30 days after service.

d. Maximum of 40 requests for production of document by each party to each party. Responses due 30 days after service.

e. Maximum of 5 depositions by Plaintiff to Defendants and 5 by Defendants to Plaintiff. Depositions limited to eight hours.

f. Reports from retained experts under Rule 26(a)(2) due:

    from Plaintiff by Wednesday, March 30, 2008; and
    from Defendants by Friday, May 30, 2008.

g. Supplementation under Rule 26(e) due reasonably upon knowledge of additional information.

3. **Other Items**.

a. Plaintiff should be allowed until Monday, February 25, 2008 to join additional parties and to amend the pleadings.

b. Defendants should be allowed until Wednesday, March 26, 2008 to join additional parties and to amend the pleadings.

c. **All potentially dispositive motions should be filed on or before Monday, June 30, 2008.**

d. Settlement cannot be realistically evaluated prior to the completion of preliminary discovery.

e. The parties request a final pretrial conference on September 4, 2008.

f. Final lists of trial evidence under Rule 26(a)(3), both witnesses and exhibits, should be due from the parties on or before September 22, 2008.

g. Parties should have 14 days after service of final lists of trial evidence to list objections under Rule 26(a)(3).

h. The case should be ready for trial by this Court's October 20, 2008 trial term, and at this time is expected to take approximately 3 days, excluding jury selection.

Respectfully submitted this 23rd day of January, 2008.

                                                         /s/Deborah M. Nickson

OF COUNSEL:
Deborah M. Nickson
Attorney for Plaintiff Aise Cannon
2820 Fairlane Drive Suite A-10
Montgomery, AL 36116
334/213-1233
334/213-1234 (fax)

                                                /s/William K. Hancock

OF COUNSEL:
William K. Hancock
Adams & Reese LLP
2100 3rd Avenue North
Suite 1100
Birmingham, AL 35203
205-250-5000
205-250-5034 (fax)

181345.1

3