IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AISE CANNON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.3:07cv900-WKW |
| ) | |
| LANSING BUILDING PRODUCTS, INC., ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon consideration of plaintiff's motion to compel (Doc. # 25), filed July 3, 2008, and for good cause, it is

ORDERED that the motion to compel be and hereby is DENIED without prejudice. Counsel for all parties are DIRECTED to meet and confer in person or by telephone on or before July 18, 2008 concerning the subject of the motion. The motion to compel may be renewed if counsel cannot resolve this matter satisfactorily. If the motion is renewed, the Court will consider sanctions against the losing party in accordance with Fed. R. Civ. P. 37(a)(4) in the absence of substantial justification for the losing party's position.

To the extent the motion seeks modification of the District Judge's briefing schedule on the pending motion for summary judgment, the motion will be addressed by the District Judge.

Done, this 9th day of July, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE