IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| AISE CANNON., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:07-cv- 900-WKW |
| | ) |
| LANSING BUILDING PRODUCTS, INC., | ) |
| | ) |
| Defendants | ) |

## **ORDER**

On July 3, 2008, the plaintiff filed a Motion to Compel (Doc. # 25), which included in its body a motion for extension of time to respond to summary judgment motion. It is ORDERED that the motion for extension of time is GRANTED; the plaintiff's response is due August 15, 2008, and the defendant's reply is due August 29, 2008.

DONE this 4th day of August, 2008.

                                       /s/  W. Keith Watkins
                                 UNITED STATES DISTRICT JUDGE